## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONALD R. SHEPARD**                                                                      **PLAINTIFF**

v.                              **Case No. 3:13CV00106 KGB-JJV**

**MARK COUNTS, Sheriff, Sharp**
**County, Arkansas;** *et al*.                                                             **DEFENDANTS**

### ORDER OF DISMISSAL

Before the Court is a pleading filed by plaintiff Ronald R. Shepard, in which he asks the Court to "drop any and all pending actions pending in this court and release all defendants from such action" (Dkt. No. 9). The Court construes this as a motion to dismiss voluntarily the claims in this action against all defendants. The motion is granted.

This case is dismissed without prejudice. Judgment will be entered accordingly.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge