IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONALD R. SHEPARD**  **PLAINTIFF**

v.  Case No. 3:13CV00106 KGB-JJV

**MARK COUNTS, Sheriff, Sharp
County, Arkansas;** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge